UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 09-MJ-300601 |
| V. | : | RECOGNIZANCE NO. NEW 1949 |
| CARLOS M. HERNANDEZ, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of THREE THOUSAND ($3,000.00) DOLLARS was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 14th day of January, 2010,

ORDERED THAT the sum of THREE THOUSAND ($3,000.00) DOLLARS be paid to Cristiana Hernandez, 1711 Montgomery Place, Bronx, NY 10461.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**BarCode Print Date:**
**09/02/08 11:20:50**

JNELSON


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 07-MJ-03198 |
| V. | : | RECOGNIZANCE NO. NEW 1487 |
| LISSETTE VELOZ, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of TWENTY-FIVE THOUSAND ($25,000.00) DOLLARS was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS _11th_ day of January, 2010,

ORDERED THAT the sum of TWENTY-FIVE THOUSAND ($25,000.00) DOLLARS be paid to Bartolo Capellan, 2837-39 Decatur Avenue, 2E, Bronx, NY 10458.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT